UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-22347-RKA

ANTONIO CASTILLO,
RAUL CASTRILLO,
MARGARELYS FLORES,
HUSSEIN KARIM KARIM,
LISABETH REVILLA,
MARICELLYS DEL CARMEN CASTRILLO,
YAMIRELLYS SABBAGH
JESIKA NAVAS URRIBARRI,
JENNIFER RAMOS

    Plaintiffs,

v.

SHOMA GROUP, LLC
d/b/a SHOMA BAZAAR,
SHOMA BAZAAR ONE, LLC,
MASOUD SHOJAEE, PAUL J. PRICE,
and STEPHANIE SHOJAEE,

    Defendants.
_____/

**JOINT MOTION TO ALLOW PLAINTIFFS
MARICELLYS DEL CARMEN CASTRILLO AND YAMIRELLYS SABBAGH
AND DEFENDANTS MASOUD AND STEPHANIE SHOJAEE
TO APPEAR BY ZOOM AT AUGUST 15, 2025 SETTLEMENT CONFERENCE**

Plaintiffs and Defendants respectfully request that Plaintiffs Maricellys Del Carmen Castrillo and Yamirellys Sabbagh and Defendants Masoud and Stephanie Shojaee, all of whom are unable to attend the August 15, 2025 Settlement Conference in person, be allowed to participate by Zoom. In support of this Motion, the Parties state as follows:

1.    This is an FLSA retaliation case in which Plaintiffs contend that they were terminated or constructively discharged for complaining about wage and hour violations and/or participating in a wage and hour lawsuit.

2. On July 9, 2025, Magistrate Judge Lett entered an Order setting a Settlement Conference for August 15, 2025 (Doc. #11) (the "Order"). The Order requires in person attendance by all parties.

3. Plaintiffs Maricellys Del Carmen Castrillo and Yamirellys Sabbagh now reside out of state and will be unable to attend the settlement conference in person on August 15, 2025 in Miami. Individually Named Defendants Masoud and Stephanie Shojaee already have plans to be out of state on August 15, 2025 and will be unable to attend the settlement conference in person on August 15, 2025. Both Ms. Castrillo, Ms. Sabbagh, Mr. Shojaee and Mrs. Shojaee will be available to participate by Zoom.

4. Paul Price, who is an individually named Defendant, will attend in person in his individual capacity and as the corporate representative of the corporate Defendants. Additionally, a representative for the Defendants' insurance carrier will attend in person with full settlement authority. All of the remaining parties and counsel for both parties will also be attending in person.

Accordingly, the Parties respectfully request that the Court enter an Order allowing Masoud Shojaee, Stephanie Shojaee, Maricellys Del Carmen Castrillo and Yamirellys Sabbagh to appear by Zoom at the August 15, 2025 settlement conference.

Dated: July 15, 2025                                              Respectfully Submitted,

By:   /s/ *Andres F. Vidales*                              By:   /s/*Steven A. Siegel*
      Andres F. Vidales, Esq.                                Steven A. Siegel
      Florida Bar No.: 1041185                              Fla. Bar No. 497274
      afv@vidaleslaw.com                                       ssiegel@fisherphillips.com
      VIDALES LAW                                                 FISHER & PHILLIPS LLP
      121 Alhambra Plaza                                         201 East Las Olas Boulevard
      Suite 1000                                                        Suite 1700
      Coral Gables, Florida 33134                            Fort Lauderdale, Florida 33301
      Telephone: (305) 537-6582                              Telephone: (954) 525-4800
      *Attorneys for Plaintiffs*                                    *Attorneys for Defendants*