UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-22347-ALTMAN/LETT

**ANTONIO CASTILLO,** *et al.*,

    Plaintiffs,

v.

**SHOMA GROUP, LLC,** *d/b/a*
**SHOMA BAZAAR,** *et al.*,

    Defendants.

_____/

**AGREED ORDER**

THIS CAUSE, having come before the Court upon the Parties' Joint Motion to Allow Plaintiffs Maricellys Del Carmen Castrillo and Yamirellys Sabbagh and Defendants Masoud and Stephanie Shojaee to Appear by Zoom at the August 15, 2025 Settlement Conference, and the Court, having been fully advised in the premises and the agreement of the Parties, it is hereby:

**ORDERED and ADJUDGED** as follows:

1. This Motion is GRANTED.

2. Plaintiffs Maricellys Del Carmen Castrillo and Yamirellys Sabbagh and Defendants Masoud and Stephanie Shojaee may attend the August 15, 2025 settlement conference by Zoom.

3. The attorneys for the parties must provide the Zoom capabilities for the parties to participate.

**DONE and ORDERED** in Chambers in Miami, Florida on this 17th day of July, 2025.

*Enjoliqué A. Lett*

**ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record