**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-22347-ALTMAN**

**ANTONIO CASTILLO**, *et al.*,

    *Petitioners*,

*v.*

**MARGARELYS FLORES**, *et al.*,

    *Defendants.*

_____/

## **ORDER**

The parties have filed a joint stipulation of dismissal [ECF No. 24] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorney's fees and costs. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in the Southern District of Florida on October 16, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record